```
UNITED STATES BANKRUPTCY COURT
   DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>ANGEL MANUEL SAEZ NEGRON<br>IRIS NEREIDA LOPEZ RIVAS<br><br>DEBTOR (S) | CASE NO. 11-00456-SEK<br><br>CHAPTER 13 |

NOTICE OF CONTINUANCE OF
341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for Thu Feb 24, 2011 at 10:00 am has been continued to Fri Mar 11, 2011 at 9:00 am at Ochoa Bldg., Tanca St., 1Fl., Comercio St. Entrance, San Juan PR 00901.

In San Juan, Puerto Rico this, Friday, February 18, 2011.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR  00902-3884
Tel. (787) 977-3535

11-00456-SEK                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | ANGEL MANUEL SAEZ NEGRON<br>CIUDAD PRIMAVERA<br>1413 CALLE ASUNCION<br>CIDRA, PR 00739 |
| AEE<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | ASOCIACION EMPLEADOS ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 |
| CRIM<br>ASESORAMIENTO LEGAL<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | DORAL FINANCIAL<br>1451 FD ROOSEVELT AVE<br>SAN JUAN, PR 00920 |
| FIRST BANK<br>PO BOX 19327<br>SAN JUAN, PR 00910-1427 | INSTITUTO DE BANCA<br>996 AVE MUNOZ RIVERA<br>SAN JUAN, PR 00927-4308 |
| POLICIA DE PUERTO RICO<br>PO BOX 70166<br>SAN JUAN, PR 00936-0166 | RADIO SHACK<br>PO BOX 8181<br>GRAY, TN 37615-0181 |
| SEARS<br>PO BOX 6189<br>SIOUX FALLS, SD 57117 | US DEPARTMENT OF EDUCATION<br>501 BLEECKER ST.<br>UTICA, NY 13501 |

DATED: February 18, 2011

OLGA SOSA

OFFICE OF THE CHAPTER 13 TRUSTEE